# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-1648
L.T. Case Nos. 2002-33395-CFAES
2024-11194-CICI

_____

LEONARD LUCKEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah Ransbottom Case, Judge.

Leonard Luckey, Jasper, pro se.

Ashley Moody, Attorney General, Tallahassee, and Tabitha Mills,
Assistant Attorney General, Daytona Beach, for Appellee.

August 20, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————